```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

F. PATRICIA CALLAHAN,
    Plaintiff,

    v.                                                  CIVIL ACTION NO.
                                                              09-12207-MBB

WELLS FARGO & COMPANY
aka Wells Fargo Bank, N.A.,
Successor in Interest to Wachovia
Corporation, Successor in Interest
to First Union National Bank, N.A., and
WACHOVIA CORPORATION,[1]
    Defendants.

                               **FINAL JUDGMENT**

                              **February 7, 2011**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered, it is **ORDERED** and **ADJUDGED** that plaintiff F. Patricia Callahan take nothing and that this action be dismissed.

                                                    /s/ Marianne B. Bowler
                                                    **MARIANNE B. BOWLER**
                                                    United States Magistrate Judge